**E-FILED on 7/26/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL DA ALEM, | ) | No. C 12-6267 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/26/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\RMW\CR.12\Alem267jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL ALEM,

        Plaintiff,

  v.

ALAMEDA COUNTY et al,

        Defendant.

Case Number: CV12-06267 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel DA Alem CDC#AM3043
Cell # B3/218L
Pleasant Valley State Prison
Post Office Box 8500
Coalinga, CA 93210

Dated: July 26, 2013

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk